**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARVIN WILLIAMS,**

       **Plaintiff,**

-vs-                Case No.  6:05-cv-1100-Orl-22KRS

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**
_____

## ORDER TO SHOW CAUSE

  This cause comes before the Court on its own initiative.  On December 7, 2005, I entered a Scheduling Order in this matter.  Doc. No. 12.  Pursuant to the Scheduling Order, the plaintiff was required to file a memorandum of law in support of his position on or before February 7, 2006.  *Id*.  He has yet to do so.  Accordingly, the plaintiff shall file his memorandum of law on or before  February 20, 2006, or show cause in writing why this matter should not be dismissed for failure to prosecute.  *See* M.D. Fla. L.R. 3.10(a).  The Commissioner's memorandum will be due sixty days from February 21, 2006, if the plaintiff files his memorandum on or before that date.

  The Clerk of Court is directed to mail a copy of this Order to the plaintiff.

  **DONE** and **ORDERED** in Orlando, Florida this 9th day of February, 2006.

                  *Karla R. Spaulding*
                  KARLA R. SPAULDING
                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties